

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:17-cr-69 |
| v. | ) | |
| | ) | Judge Mattice |
| | ) | Magistrate Judge Lee |
| MICHAEL GLASS, | ) | |
|   also known as "Big Mike," | ) | |
| GINA GAMBINI, | ) | |
| PHILLIP WAYNE KOGER, | ) | |
|   also known as "Guapo," | ) | |
| RANDALL SCOTT ROUNSAVILLE, | ) | |
| JAMES RICHARD WINNIE, | ) | |
| AMANDA DAVIS, | ) | |
| TRAVIS DWAYNE MELTON, | ) | |
|   also known as "T-Bone," | ) | |
| VAN CASSIDY BRIDGES, | ) | |
| BEAU ANTHONY DELANEY, | ) | |
| JAMES JONES, | ) | |
| MAJESTA LYNNETT PIERCE, | ) | |
| BRANDON HORTON, | ) | |
|   and | ) | |
| SHANNON HORTON | ) | |

## MOTION TO SEAL

Comes now the United States of America through Nancy Stallard Harr, United States Attorney for the Eastern District of Tennessee, and Assistant United States Attorney Steven S. Neff, and respectfully requests that this case be sealed to protect the ~~identity of the arrestees~~ confidentiality of the investigation.

The file shall remain sealed until further order of the court.

WHEREFORE, the United States of America respectfully requests that this case be sealed with the exception that the United States Attorney's Office be provided a file-stamped copy.

Respectfully submitted,

NANCY STALLARD HARR
United States Attorney

By: _____
Terra L. Bay
Assistant U.S. Attorney
1110 Market Street, Suite 515
Chattanooga, TN 37402