# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:17-cr-69 |
| v. | ) | |
| | ) | Judge Mattice/Lee |
| BRANDON HORTON | ) | |

TO THE HONORABLE JUDGE OF THE ABOVE COURT:

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Your petitioner, the United States of America, by Nancy Stallard Harr, United States Attorney for the Eastern District of Tennessee, respectfully shows:

I.

That **Brandon Horton**, **Offender ID #573737** is now in the custody of the Sheriff of the Hamilton County Jail, Chattanooga, Tennessee, pursuant to State of Tennessee charges.

II.

That there is pending against the defendant **Brandon Horton**, in this District the above-captioned case, which is set for an Initial Appearance on **October 18, 2017, at 2:00 p.m.,** or for his case to be otherwise disposed of upon said indictment heretofore returned against him, in the United States District Court for the Eastern District of Tennessee, at Chattanooga, Tennessee, and each day thereafter until said case is disposed of.

WHEREFORE, petitioner prays that the Clerk of this Court be instructed to issue a writ of habeas corpus ad prosequendum to the Sheriff of the Hamilton County Jail, Chattanooga, Tennessee, commanding him to produce the said **Brandon Horton** before this Court at the time and place aforesaid for the purpose aforesaid, and that if the said Sheriff so elects, the United States

Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, be ordered and directed to receive said **Brandon Horton** into his custody and possession at said Hamilton County Jail, Chattanooga, Tennessee, and under safe and secure conduct to have him before the Judge of our District Court at the time and place aforesaid for the purpose aforesaid, and to return him to said Sheriff of the Hamilton County Jail, Chattanooga, Tennessee, as aforesaid.

            NANCY STALLARD HARR
            UNITED STATES ATTORNEY

         By s/ *Terra L. Bay*
            TERRA L. BAY
            Assistant United States Attorney