# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.                                     Case No.: 1:17−cr−00069−HSM−SKL

BRANDON HORTON

### ORDER

    The Court finds that defendant, Brandon Horton, does not have the funds to retain an attorney of defendant's choice and that defendant wants to be represented by counsel. As a condition of the appointment of counsel to represent defendant, the Court reserves the right to require the defendant to repay the government the reasonable value of the services rendered to defendant by the appointed counsel and any expenses in connection therewith. Accordingly, it is ORDERED the following counsel will be appointed to represent defendant:

Daniel J Ripper
Julie Bhattahcharya Peak
5409 Maryland Way
Suite 212
Brentwood, TN 37027

423−756−5034

ENTER.

                                                s/Susan K Lee
                                                UNITED STATES MAGISTRATE JUDGE