# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.  Case No.: 1:17–cr–00069–HSM–SKL

BRANDON HORTON

## ORDER OF DETENTION PENDING TRIAL

    Defendant Brandon Horton appeared for a detention hearing before the undersigned on October 18, 2017. Defendant was advised of the right to a detention hearing. Upon being duly sworn, and with advice of counsel, defendant waived the right to a detention hearing with the understanding that a hearing will be granted at a later date on motion of defendant. Pending further hearings in this matter, defendant shall be held in custody by the United States Marshal and produced for future hearings.

ENTER.

                                                              s/Susan K Lee
                                                               UNITED STATES MAGISTRATE JUDGE