U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

- [✓] Initial Appearance
- [ ] Complaint
- [ ] Preliminary Exam
- [ ] Motion Hearing
- [✓] Indictment
- [ ] SSI
- [ ] Information
- [ ] Detention Hearing
- [ ] Bond Hearing
- [ ] Petition for Probation/Supervised Release action
- [✓] Arraignment
- [ ] Arraignment on SSI

Case No. **1:17-cr-69-012**  USA v. **Brandon Horton**

**PRESENT:** Honorable **Susan K. Lee**   [ ] U.S. District Judge OR [✓] U.S. Magistrate Judge

**Jay Woods** — Assistant U.S. Attorney
**Dan Ripper** — Attorney for Defendant  [✓] Appt. [ ] Retd [ ] Ltd. App.
**Candace Lindsey** — Probation Officer

**Courtney Camp** — Courtroom Deputy
**DCR4** — Court Reporter
Interpreter(s): _____   [ ] SWORN

Digital Recording: Crtrm 1B [ ]  OR Crtrm 4 [✓]

**PROCEEDINGS:** [✓] DEFENDANT(S) SWORN

- [✓] Financial affidavit(s) executed
- [✓] Court appointed attorney(s) under CJA
- [ ] Court may require deft(s) repay govt cost of atty(s)
- [ ] Defendant(s) waived appointment of attorney(s)
- [✓] Defendant(s) specifically advised of rights
- [ ] Deft advised of Rules 20, 5 FRCrP
- [ ] Deft executed waiver of Rule 5, 5.1 hearing
- [✓] Deft waived reading of indictment/information
- [ ] Indictment/Information read
- [✓] Deft pleads not guilty to counts **1**
- [ ] Not guilty plea entered by Court on deft's behalf
- [ ] Deft. entered no plea

**DATES SET:**
- Detention hearing: **waived**
- Preliminary exam: _____
- Revocation hearing: _____
- Arraignment: _____
- OTHER: _____

Court ordered file  [ ] sealed **OR** [ ] unsealed

**TESTIMONY BY:** _____

**OTHER MATTERS:**

**BOND**
- [✓] Govt. motion for detention without bond: [✓] granted [ ] denied
- [ ] Court ordered deft released on bond (see order setting conditions of release)

Amount: _____   Type: _____

Defendant ineligible for release on bond: _____

Deft [ ] remanded to custody of U.S. Marshal  [✓] remained in custody  [ ] remained on bond  [ ] released on bond

Time: **2:38** to **2:53**   Date: **10/18/2017**

rev 3/09

Case 1:17-cr-00069-HSM-SKL   Document 152   Filed 10/18/17   Page 1 of 1   PageID #: 534