UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:17-cr-69 |
| ) | |
| v. ) | Judge Mattice |
| ) | |
| RANDALL SCOTT ROUNSAVILLE ) | |
| MICHAEL GLASS ) | |
| GINA GAMBINI ) | |
| PHILLIP WAYNE KOGER ) | |
| JAMES RICHARD WINNIE ) | |
| TRAVIS MELTON ) | |
| VAN CASSIDY BRIDGES ) | |
| BEAU ANTHONY DELANEY ) | |
| JAMES JONES ) | |
| MAJESTA LYNNETT PIERCE ) | |
| BRANDON HORTON ) | |

## ENDS OF JUSTICE CONTINUATION ORDER

On November 6, 2017, United States Magistrate Judge Susan K. Lee ordered an evaluation pursuant to 18 U.S.C. §§ 4241 and 4242 to determine Defendant Randall Scott Rounsaville's mental competency to stand trial and sanity at the time of the offense. [Doc. 174]. Any period of time until the issue of Defendant Rounsaville's competency is determined after the results of the psychiatric/psychological examination have been received by the Court and the Court has completed any hearings on that issue, is excludable for purposes of the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(A).

Accordingly, it is **ORDERED** that the modified discovery and scheduling order [Doc. 158] is **SET ASIDE.**

The Court will enter a new discovery and scheduling order when a determination has been made as to Mr. Rounsaville's competency to stand trial and sanity at the time of the offense.

SO ORDERED this 7th day of November, 2017.

                                                */s/ Harry S. Mattice, Jr.*
                                                HARRY S. MATTICE, JR.
                                                UNITED STATES DISTRICT JUDGE