UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.   1:17-cr-69 |
| v. ) | |
| ) | JUDGE MATTICE |
| BRANDON HORTON ) | MAGISTRATE JUDGE LEE |

INFORMATION PURSUANT TO 21 U.S.C. § 851
REGARDING DEFENDANT'S PRIOR
FELONY DRUG CONVICTION

COMES NOW the United States of America by and through J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, and Terra L. Bay, Assistant United States Attorney, and puts the defendant, David Henderson, on notice of its intent to enhance the defendant's sentence pursuant to the provisions of 21 U.S.C. § 851.  The defendant has the following prior felony drug convictions:

Felony Possession of a Controlled Substance, Dekalb County, Alabama; arrest date October 20, 2010.

RESPECTFULLY SUBMITTED,

J. DOUGLAS OVERBEY
United States Attorney

By: s/ Terra L. Bay
Terra L. Bay
Assistant United States Attorney
1110 Market Street, Suite 515
Chattanooga, TN   37402

## CERTIFICATE OF SERVICE

      I hereby certify that on March 15, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

      /s/ Terra L. Bay
      Terra L. Bay
      Assistant United States Attorney